UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY ALVARADO and JASON TOWNSEND, individually and on behalf of all others similarly situated,

        Plaintiffs,

   v.

BANK OF AMERICA, N.A.,

        Defendant.

_____/

NO. CIV. S-08-2862 LKK/DAD

O R D E R

    Pending before the court in the above captioned case is defendant's motion to dismiss or transfer the case, currently set to be heard on March 9, 2009. Due to a court scheduling conflict, the court CONTINUES the hearing to March 23, 2009 at 10:00 AM. The deadlines for filing oppositions or statements of non-opposition, and for filing of a reply, if any, are reset accordingly.

    IT IS SO ORDERED.

    DATED: February 25, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT